IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAINE DAVIS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-3956 CW<br><br>ORDER ON ADMINISTRATIVE MOTION REQUESTING CLARIFICATION OF COURT'S ORDER RELATING CASES AND SETTING BRIEFING AND HEARING SCHEDULES<br>(Docket No. 17) |

    On October 21, 2011, Defendant Nordstrom, Inc. filed an administrative motion requesting clarification of this Court's order of October 18, 2011 (Docket No. 14).  Defendant represents that its Motion to Compel Arbitration has already been fully briefed.  Specifically, after Defendant filed the Motion to Compel Arbitration on September 16, 2011, Plaintiff Faine Davis filed an Opposition on September 30, 2011 and Defendant filed a Reply in Support of its Motion on October 7, 2011.

    Defendant is correct that no additional briefing is necessary on the Motion to Compel Arbitration.  The hearing date is maintained for December 8, 2011.

    IT IS SO ORDERED.

Dated: 10/28/2011

                                                      CLAUDIA WILKEN
                                                      United States District Judge