Matthew R. Bainer, Esq. (S.B. #220972)
Hannah R. Salassi, Esq. (S.B. #230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  mbainer@scalaw.com
Email:  hsalassi@scalaw.com
Web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class


Dominic J. Messiah, Esq. Bar No. 204544
Matthew J. Sharbaugh, Esq. Bar No. 260830
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Telephone: 310-553-0308
Fax: 310-553-5583

Attorneys for Defendant
Nordstrom, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FAINE DAVIS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:11-CV-3956-CW<br><br>**<u>CLASS</u> ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

1  Plaintiff Faine Davis and Defendant Nordstrom, Inc. (hereinafter collectively "the Parties),
2  by and through their respective counsel, hereby agree and stipulate to the following:
3  **WHEREAS,** the Case Management Conference and Motion to Compel Arbitration
4  previously set for Thursday, December 8, 2011 in the above entitled action is continued to Thursday,
5  December 15, 2011;
6  **WHEREAS,** Plaintiff's counsel are not available on December 15, 2011;
7  **WHEREAS,** the Parties have met and conferred on this issue and have agreed that the Case
8  Management Conference and Motion to Compel Arbitration should be continued to Thursday,
9  December 22, 2011, as required by the Northern District Local Rules;
10  **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties
11  through their respective attorneys of record and subject to the approval of the Court, the Case
12  Management Conference and Motion to Compel Arbitration currently set for December 15, 2011 be
13  continued to December 22, 2011 at 2:00 p.m.
14  **IT IS SO STIPULATED.**

16  Dated: December 6, 2011
17  **SCOTT COLE & ASSOCIATES, APC**

20  By: /s/ Hannah R. Salassi
    Hannah R. Salassi, Esq.
    Attorneys for the Representative Plaintiffs
21  and the Plaintiff Class

22  Dated: December 6, 2011
23  **LITTLER MENDELSON, P.C.**

25  By: /s/ Matthew J. Sharbaugh
    Matthew J. Sharbaugh, Esq.
26  Attorneys for Defendant
    Nordstrom, Inc.

Stipulation and [Proposed] Order Continuing Case Management Conference and Motion to Compel Arbitration

**PROPOSED] ORDER**

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

Case Management Conference and Motion to Compel Arbitration is continued to December 22, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 12/7/2011

_____
The Honorable Claudia Wilken
United States District Judge,