IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAINE DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.,<br><br>    Defendants.<br>_____/ | No. C 11-3956 CW<br><br>ORDER COMPELLING ARBITRATION AND DISMISSING THE ACTION |

On August 5, 2014, after this case was remanded from the Ninth Circuit, the Court entered an order advising Plaintiff Faine Davis that she could amend her complaint to vindicate the alleged violations by Nordstrom pursuant to California's Private Attorney General Act of 2004 (PAGA). The Court ordered that any amended complaint must be filed within twenty-eight days. Otherwise, the Court advised Davis that it would order arbitration and dismiss the case, retaining jurisdiction only to enforce the award. To date, Plaintiff has not filed an amended complaint. Accordingly, for the reasons stated in the Court's August 5, 2014, the Court compels arbitration. The case is dismissed so that the parties may pursue arbitration. The Court retains jurisdiction only to enforce any arbitration award.

IT IS SO ORDERED.

Dated: September 26, 2014

CLAUDIA WILKEN
United States District Judge