IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAINE DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendants. <br>_____/ | No. C 11-3956 CW <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (Docket No. 67) |

On August 5, 2014, after this case was remanded from the Ninth Circuit, the Court entered an order advising Plaintiff Faine Davis that she could amend her complaint to vindicate the alleged violations by Nordstrom pursuant to California's Private Attorney General Act of 2004 (PAGA). The Court ordered that any amended complaint must be filed within twenty-eight days. Otherwise, the Court advised Davis that it would order arbitration and dismiss the case, retaining jurisdiction only to enforce the award. Having received no further filings from Plaintiff, the Court entered an order on September 26, 2014, compelling arbitration and dismissing the action.

Plaintiff has now filed a motion for leave to file a motion for reconsideration, noting that after briefing on the motion to compel arbitration was complete, but prior to the hearing on the motion, the parties stipulated that Plaintiff be granted leave to file an amended complaint. The Court granted the 2011 stipulation and, on September 19, 2011, Plaintiff filed her First Amended Complaint (1AC). Plaintiff further notes that the 1AC includes a

PAGA claim.  Accordingly, the Court GRANTS Plaintiff's motion for leave to file a motion for reconsideration.

Moreover, the Court construes Plaintiff's motion for leave to file a motion for reconsideration as her motion for reconsideration and is inclined to grant it.  If Defendant opposes the motion for reconsideration it shall file a memorandum of points and authorities within seven days of the date of this order.  Plaintiff may file a reply in support of its motion within seven days thereafter.  If Defendant does not oppose the motion for reconsideration, the Court will vacate its September 26, 2014 order and reopen the case.  The Court will, however, compel arbitration as to all non-PAGA claims.  If Defendant does not oppose the motion for reconsideration, it is directed to file a response to Plaintiff's complaint to the extent it asserts a PAGA claim within fourteen days of the date of this order.

IT IS SO ORDERED.

Dated:  October 9, 2014

CLAUDIA WILKEN
United States District Judge