IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAINE DAVIS,<br><br>      Plaintiff,<br><br>  v.<br><br>NORDSTROM, INC.,<br><br>      Defendant.<br>_____/ | No. C 11-3956 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION (Docket No. 67) |

On October 9, 2014, the Court entered an order granting Plaintiff's motion for leave to file a motion for reconsideration of the Court's September 26, 2014 order compelling arbitration and closing the case. The Court construed the motion as Plaintiff's motion for reconsideration and advised the parties that it was inclined to grant the motion. The Court informed Defendant that, if it opposed the motion, it must file a memorandum of points and authorities within seven days of the date of this order. The Court further advised the parties that, if Defendant did not oppose the motion for reconsideration, the Court would vacate its September 26, 2014 order, reopen the case, compel arbitration of all non-PAGA claims and maintain jurisdiction over the PAGA claim.

To date, Defendant has not filed an opposition to the motion for reconsideration. Accordingly the Court GRANTS the motion for reconsideration and VACATES its September 26, 2014 order. The Clerk of the Court shall reopen the case. For the reasons stated in the Court's August 5, 2014 order, the Court compels arbitration of all non-PAGA claims. Defendant shall file a response to

Plaintiff's complaint to the extent it asserts a PAGA claim on or before October 23, 2014.

IT IS SO ORDERED.

Dated: October 20, 2014

_____
CLAUDIA WILKEN
United States District Judge