DOMINIC J. MESSIHA, Bar No. 204544
dmessiha@littler.com
MICHAEL G. LEGGIERI, Bar No. 253791
mleggieri@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

*Attorneys for Defendant*
NORDSTROM, INC.

Matthew R. Bainer, Bar No. 220972
mbainer@scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

*Attorneys for Plaintiff*
FAINE DAVIS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FAINE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.<br><br>Defendant. | Case No. 11cv3956 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT DATES IN LIGHT OF SETTLEMENT** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER

Case No. 11cv3956 CW

Plaintiff Faine Davis and Defendant Nordstrom, Inc. ("Nordstrom") hereby submit the following Stipulation and [Proposed] Order to Vacate Case Management Dates In Light Of Settlement:

### RECITALS

On September 29, 2014, the parties reached a settlement agreement in principle to dismiss this matter with prejudice as to Davis' claims, and without prejudice as to the putative class members' claims under PAGA. The parties are in the process of executing a formal settlement agreement. The parties anticipate submitting the stipulation and proposed order for dismissal within the next 30 days.

On October 20, 2014, the Court compelled arbitration of all non-PAGA claims and ordered Nordstrom to file a response to Plaintiff's complaint, to the extent it asserts a PAGA claim, on or before October 23, 2014. The parties desire to avoid additional time and expense litigating this matter pending finalization of the formal settlement agreement, including the additional time and expense needed for Nordstrom to prepare a response to Plaintiff's PAGA claim.

### STIPULATION

Accordingly, the parties respectfully request and stipulate that the Court vacate all case management dates, including the date for filing a responsive pleading, pending finalization of the formal settlement agreement and the filing of the stipulation and proposed order for dismissal.

**IT IS SO STIPULATED.**

Dated:   October 22, 2014

_____
DOMINIC J. MESSIHA
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NORDSTROM, INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER    1.    Case No. 11cv3956 CW

Dated: October 27, 2014

MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC
Attorneys for Plaintiff
FAINE DAVIS

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing, all case management dates are vacated pending submission of the stipulation and proposed order for dismissal.

**IT IS SO ORDERED.**

Dated: 10/27/2014

HON. CLAUDIA WILKEN
United States District Judge

Firmwide:129521786.2 058713.1029

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER            2.            Case No. 11cv3956 CW